United States Bankruptcy Court
Central District of California

In re:  
Adel Faiq Abu-Ghazaleh  
Jean Adel Abu-Ghazaleh  
     Debtors

Case No. 14-16418-BB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: wkaaumoan     Page 1 of 1     Date Rcvd: Apr 09, 2014  
                    Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2014.  
db/jdb     +Adel Faiq Abu-Ghazaleh,    Jean Adel Abu-Ghazaleh,    821 Henley Court,    San Ramon, CA 94583-6013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2014                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2014 at the address(es) listed below:  
       Anthony Egbase    on behalf of Debtor Adel Faiq Abu-Ghazaleh info@anthonyegbaselaw.com  
       Anthony Egbase    on behalf of Joint Debtor Jean Adel Abu-Ghazaleh info@anthonyegbaselaw.com  
       Ron Maroko    on behalf of U.S. Trustee    United States Trustee (LA) ron.maroko@usdoj.gov  
       United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                                              TOTAL: 4

ENTERED
APR 09 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO. 2:14-bk-16418BB |
|---|---|
| ADEL FAIQA ABU-GHAZALEH<br>JEAN ADEL ABU-GHAZALEH<br><br>Debtor(s) | Chapter 7<br><br>ORDER OF TRANSFER |

FILED
APR 07 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Upon reviewing the Chapter 7 Voluntary Petition filed on 4/3/2014, which states the debtors' address of 821 Henley Court, San Ramon, CA 94583. **IT IS HEREBY ORDERED** that the above-entitled case, including all adversaries and pleadings, be transferred to the Northern District of California, for all further proceedings.

Dated: 4/7/14

_____
HON. SHERI BLUEBOND
U.S. BANKRUPTCY JUDGE